# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANGEL ESTANISLAO FUNEZ MATUTE,** | **Civil Action No.  25-17763 (RK)** |
| **Petitioner,** | |
| v. | **ORDER** |
| **CORY CHU, et al.,** | |
| **Respondents.** | |

This matter comes before the Court on Petitioner Angel Estanislao Funez Matute's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), asserting that he is unlawfully detained by immigration authorities under 8 U.S.C. § 1225(b)(2) without a bond hearing.   Respondents filed a letter response (ECF No. 3), stipulating to the relevant facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Mejia v. Cabezas*, No. 25-CV-17094, 2025 WL 3294405, at *2 (D.N.J. Nov. 14, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025).

Therefore, for the same reasons stated in *Mejia* and *Rivera Zumba*, the Court **GRANTS** the Petition.

**IT IS** on this 4th day of December 2025,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant

to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within seven days of the date of this Order; and it is further

ORDERED that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome, upon which the Court will close this matter.

ROBERT KIRSCH
United States District Judge

2